■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK MCMANUS, Appellant. [600 NYS2d 659] —Judgment unanimously affirmed. Memorandum: County Court made a thorough and proper inquiry into defendant's competency and the court did not abuse its discretion in failing to order a competency examination *(see, People v Swan,* 158 AD2d 158, 161, *lv denied* 76 NY2d 991; *People v Arnold,* 113 AD2d 101, 102-103). (Appeal from Judgment of Ontario County Court, Harvey, J.— Burglary, 3rd Degree.) Present—Callahan, J. P., Balio, Doerr, Boomer and Boehm, JJ.

■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND H. FRAWLEY, JR., Appellant. [600 NYS2d 659] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Ontario County Court, Harvey, J.—Burglary, 3rd Degree.) Present—Denman, P. J., Balio, Lawton, Fallon and Davis, JJ.